## No. 5043.

(Court of Appeal, Parish of Orleans.)

## HENRY SCHULTZ vs. THOMAS FINEGAN ET AL.

Henriques & Duchamp for plaintiff and appellee.

P. F. and W. J. Hennessey for defendant and appellant.

E. P. Quinius attorney.

ST. PAUL, J.—Plaintiff seeks to enjoin a lessor and a constable from seizing, for rent due by his step-father, a certain piano and parlor set found in the leased premises, claiming that they are his personal property and exempt from such seizure by reason of the fact that he is a sub-tenant, to-wit: a boarder in the house, and has paid his board in full to his step-father, the tenant.

The evidence fully supports the allegations of fact and we have already held, and still adhere to, the proposition of law that a boarder who lives in the leased premises is a sub-tenant, to the extent at least that the property belonging to him and contained in the leased premises is subject to seizure for the rent due by the tenant, only in so far as he is himself indebted to the tenant.

**Rosenthal vs. Longley, 1 Ct. of App. 206-207.**

Judgment affirmed.

May 16, 1910.

Rehearing refused May 30, 1910.

Writ denied July 1, 1910 by the Supreme Court.